IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FITFOOD LLC,

                Plaintiff(s),

     v.

OHIO SECURITY INSURANCE COMPANY,

                Defendant(s).

Civil No. 3:22-cv-02010-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that Plaintiff's Unopposed Motion to Dismiss Case [20] is GRANTED and this action is DISMISSED with prejudice and without an award of attorneys' fees, costs, or disbursements to either party. Pending motions, if any, are DENIED AS MOOT.

Dated this 13th day of September, 2024.

                                            by  /s/ Jolie A. Russo
                                                    Jolie A. Russo
                                                    United States Magistrate Judge